FILED
2010 MAY 14 PM 3:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN ROBERT SCOTT, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 10 **CR 10 00486** <br><br> **I N D I C T M E N T** <br><br> [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

Between in or around November 2008 and on or about July 17, 2009, in Los Angeles County, within the Central District of California, defendant KEVIN ROBERT SCOTT knowingly received a digital image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), entitled "9yo jenny nude tied up waiting for dog to fuck her - underage lolita r@ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie

//

YG:yg

1  kiddy porn(1).jpg," that had been shipped and transported in
2  interstate and foreign commerce by any means, including by
3  computer, knowing that the image was child pornography.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

Between in or around November 2008 and on or about July 17, 2009, in Los Angeles County, within the Central District of California, defendant KEVIN ROBERT SCOTT knowingly received a digital image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), entitled "9yo jenny nude with legs spread wide apart showing pussy - underage lolita r@ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie kiddy porn(1).jpg," that had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 20, 2009, in Los Angeles County, within the Central District of California, defendant KEVIN ROBERT SCOTT knowingly possessed a computer hard drive, namely, an Acomdata external hard drive, serial number C1185911, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section


ELIZABETH R. YANG
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section


YVONNE L. GARCIA
Assistant United States Attorney
Violent and Organized Crime Section